UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALICO BRAND, INC., | ) Case No. CV 05-205-PJW |
| Plaintiff, | ) |
| | ) J U D G M E N T |
| v. | ) |
| AMERITEK IMPORTS, INC., et al., | ) |
| Defendants. | ) |

The jury having rendered a verdict in favor of Plaintiffs and against Defendants, it is hereby adjudged:

1. Defendant Ameritek Imports, Inc., shall pay to Plaintiffs the sum of $719,395.
2. Defendant ACME International Enterprises, Inc., shall pay to Plaintiffs the sum of $178,035.

This judgment is joint and several, meaning in this case that the total judgment is for $719,395.  Should Defendant Ameritek pay Plaintiffs that amount, Defendant ACME would not be required to pay anything.  Likewise, should Defendant ACME pay Plaintiffs $178,035 (or

any portion thereof) Defendant Ameritek will receive credit for that amount and only be required to pay the remaining balance (e.g., $719,395 - $178,035 = $541,360).

DATED: March   31  , 2008.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-CLOSED\Closed-X cases\Calico v. Ameritek\Judgment.wpd