NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

CALICO BRAND, INC.
AND HONSON MARKETING GROUP, INC.,
*Plaintiffs-Appellants,*

v.

AMERITEK IMPORTS, INC.,
*Defendant-Appellee,*

AND

ACME INTERNATIONAL ENTERPRISES, INC.,
*Defendant-Cross Appellant.*

2008-1324, -1341

Appeals from the United States District Court for the Central District of California in case no. 05-CV-205, Magistrate Judge Patrick J. Walsh.

- - - - - - - - - - - - - - - - - - - - - - - - -

CALICO BRAND, INC.
AND HONSON MARKETING GROUP, INC.,
*Plaintiffs-Appellees,*

v.

AMERITEK IMPORTS, INC.,
*Defendant-Appellant,*

CALICO BRAND v. AMERITEK IMPORTS 2

AND

ACME INTERNATIONAL ENTERPRISES, INC.,
*Defendant.*

---

2008-1325

---

Appeal from the United States District Court for the Central District of California in case no. 05-CV-205, Magistrate Judge Patrick J. Walsh.

---

**ON MOTION**

---

ORDER

These appeals were stayed pursuant to 11 U.S.C. § 362 upon the filing of Ameritek Imports, Inc.'s bankruptcy petition. Calico Brand, Inc., et al. informs the court that the United States Bankruptcy Court for the Central District of California has closed the bankruptcy case.

Accordingly,

IT IS ORDERED THAT:

(1) The stay of briefing is lifted. Calico Brand, Inc. and Honson Marketing Group, Inc.'s opening brief is due within 60 days of the date of filing of this order.

(2) Appeal 2008-1325 is dismissed. The revised official caption is reflected above.

(3) Each side shall bear its own costs in 2008-1325.

3                              CALICO BRAND v. AMERITEK IMPORTS

FOR THE COURT

DEC 29 2011            /s/ Jan Horbaly
Date                   Jan Horbaly
                            Clerk

cc: R. Joseph Trojan, Esq.
     Carl H. Pierce, Esq.
     Edward F. O'Connor, Esq.

s21

Issued As A Mandate (As To 2008-1325 Only): DEC 29 2011

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: L. Bogan     Date: 12/29/11

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 29 2011

JAN HORBALY
CLERK