R. Joseph Trojan    CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:    310-777-8348
Attorneys for Plaintiffs
Calico Brand, Inc., and Honson Marketing Group, Inc.

Carl H. Pierce
cpierce@reedsmith.com
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: 215-851-8100
Attorneys for Defendant
ACME International Enterprises, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALICO BRAND, INC., a California corporation, and HONSON MARKETING GROUP, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERITEK IMPORTS, INC., a California corporation, and ACME INTERNATIONAL ENTERPRISES, INC., a New Jersey corporation,<br><br>Defendants. | CASE NO. CV 05-0205 PJW<br><br>**STIPULATED JUDGMENT**<br><br>**Before the Hon. Patrick J. Walsh** |

TROJAN LAW OFFICES
BEVERLY HILLS

Pursuant to the mandate of the United States Court of Appeals for the Federal Circuit dated September 3, 2013, the order entered by the United States Court of Appeals for the Federal Circuit dated August 21, 2013, and the hearing before this Court on September 30, 2013, Plaintiffs Calico Brand, Inc. and Honson Marketing Group, Inc. (hereinafter, "Plaintiffs") and Defendant ACME International Enterprises, Inc. (hereinafter, "ACME"), through their respective attorneys, hereby move the Court to enter the judgment below:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. ACME shall pay to Plaintiffs the sum of $40,750;
2. Co-defendant Ameritek Imports, Inc. ("Ameritek"), which did not appeal the judgment of the Court entered on March 31, 2008, shall pay to Plaintiffs the sum of $164,660;

This judgment is joint and several, meaning in this case that the total judgment is for $164,660. Should Defendant AMERITEK pay Plaintiffs that amount, Defendant ACME would not be required to pay anything. Likewise, should Defendant ACME pay Plaintiffs $40,750, Defendant Ameritek will receive credit for that amount and only be required to pay the remaining balance (e.g., $164,660 - $40,750 = $123,910). Defendant ACME shall in no event be required to pay more than its apportioned share of damages, in the amount of $40,750.

Dated: October 15, 2013   _____
                          Hon. Patrick J. Walsh
                          United States Magistrate Judge

//

-1-

APPROVED AS TO FORM FOR PLAINTIFFS:

                              TROJAN LAW OFFICES

                              By

Dated: October 7, 2013       /s/R. Joseph Trojan
                              R. Joseph Trojan
                              Attorney for Plaintiffs,
                              Calico Brand, Inc. and Honson Marketing Group, Inc.

APPROVED AS TO FORM FOR DEFENDANT ACME INTERNATIONAL ENTERPRISES, INC.:

                              REED SMITH

                              By

Dated: October 7, 2013       /s/ Carl H. Pierce
                              Carl H. Pierce
                              Attorney for Defendant,
                              ACME International Enterprises, Inc.

TROJAN LAW OFFICES
BEVERLY HILLS